AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

# UNITED STATES DISTRICT COURT
for the
Southern District of West Virginia

FILED
FEB 1 6 2023
RORY L. PERRY II, CLERK
U.S. District Court
Southern District of West Virginia

Cory D McNeal
_____
Petitioner

v.

E. Rokosy, Warden
_____
Respondent
(name of warden or authorized person having custody of petitioner)

Case No. 1:23-cv-00132
(Supplied by Clerk of Court)

## PETITION FOR A WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241

**Personal Information**

1. (a) Your full name: Corey Devnta McNeal
   (b) Other names you have used:

2. Place of confinement:
   (a) Name of institution: FCI McDowell
   (b) Address: P.O. Box 1009 Welch, WV 24801
   (c) Your identification number: 43417-279

3. Are you currently being held on orders by:
   ☒ Federal authorities  ☐ State authorities  ☐ Other - explain:

4. Are you currently:
   ☐ A pretrial detainee (waiting for trial on criminal charges)
   ☒ Serving a sentence (incarceration, parole, probation, etc.) after having been convicted of a crime
   If you are currently serving a sentence, provide:
   (a) Name and location of court that sentenced you: UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF TENNESSEE
   (b) Docket number of criminal case: 1:08-cr-00056
   (c) Date of sentencing: January 22 2009
   ☐ Being held on an immigration charge
   ☐ Other (explain):

**Decision or Action You Are Challenging**

5. What are you challenging in this petition:
   ☐ How your sentence is being carried out, calculated, or credited by prison or parole authorities (for example, revocation or calculation of good time credits)

Page 2 of 9

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

☐ Pretrial detention
☐ Immigration detention
☐ Detainer
☒ The validity of your conviction or sentence as imposed (for example, sentence beyond the statutory maximum or improperly calculated under the sentencing guidelines)
☐ Disciplinary proceedings
☐ Other (explain): _____

6. Provide more information about the decision or action you are challenging:
   (a) Name and location of the agency or court: _____

   (b) Docket number, case number, or opinion number: _____
   (c) Decision or action you are challenging (for disciplinary proceedings, specify the penalties imposed): _____

   (d) Date of the decision or action: _____

### Your Earlier Challenges of the Decision or Action

7. **First appeal**
   Did you appeal the decision, file a grievance, or seek an administrative remedy?
   ☒ Yes          ☐ No
   (a) If "Yes," provide:
       (1) Name of the authority, agency, or court: UNITED STATE COURT OF APPEALS FOR THE SIX CIRCUIT
       (2) Date of filing: 02-12-2009
       (3) Docket number, case number, or opinion number: 09-5159
       (4) Result: AFFIRMED JUDGMENT
       (5) Date of result: 01-15-2010
       (6) Issues raised: I was not a Career-offender

   (b) If you answered "No," explain why you did not appeal: _____

8. **Second appeal**
   After the first appeal, did you file a second appeal to a higher authority, agency, or court?
   ☐ Yes          ☒ No

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

(a) If "Yes," provide:
    (1) Name of the authority, agency, or court: _____

    (2) Date of filing: _____
    (3) Docket number, case number, or opinion number: _____
    (4) Result: _____
    (5) Date of result: _____
    (6) Issues raised: _____

(b) If you answered "No," explain why you did not file a second appeal: *I was told by a Jail House Lawyer My Best Shot would be a 2255*

9. **Third appeal**
After the second appeal, did you file a third appeal to a higher authority, agency, or court?
☐ Yes      ☐ No
(a) If "Yes," provide:
    (1) Name of the authority, agency, or court: _____

    (2) Date of filing: _____
    (3) Docket number, case number, or opinion number: _____
    (4) Result: _____
    (5) Date of result: _____
    (6) Issues raised: _____

(b) If you answered "No," explain why you did not file a third appeal: _____

10. **Motion under 28 U.S.C. § 2255**
In this petition, are you challenging the validity of your conviction or sentence as imposed?
☑ Yes      ☐ No
If "Yes," answer the following:
(a)     Have you already filed a motion under 28 U.S.C. § 2255 that challenged this conviction or sentence?
        ☑ Yes      ☐ No

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

If "Yes," provide:
(1) Name of court: UNITED STATE DISTRICT COURT FOR THE EASTERN TENN
(2) Case number: ____
(3) Date of filing: ____
(4) Result: Time-Barred by statute of limitations
(5) Date of result: June 27, 2011
(6) Issues raised: I received ineffective assistance of during Criminal proceeding, and The §§1 enhancement was no good. I don't have my legal documents, This Prison would not let you have any legal paper, So I'm trying to quess or remember what i file.

(b) Have you ever filed a motion in a United States Court of Appeals under 28 U.S.C. § 2244(b)(3)(A), seeking permission to file a second or successive Section 2255 motion to challenge this conviction or sentence?
☒ Yes   ☐ No

If "Yes," provide:
(1) Name of court: UNITED STATES COURT OF APPEALS for The Sixth Circuit
(2) Case number: 13-5164   14-5712
(3) Date of filing: 02-07-2013   06-17-~~2019~~ 2013
(4) Result: Dismissed
(5) Date of result: 10-16-2013   12-24-2014
(6) Issues raised: I was actual Innocence of Career-offender and divisible statute under Descamps.

(c) Explain why the remedy under 28 U.S.C. § 2255 is inadequate or ineffective to challenge your conviction or sentence: Simmons was decided after the time of my direct appeal and my initial 2255 Collateral attack. And any thing I would have file would have been deem frivolous dew to my lawyer filing an ander brief. I had to get to the 4th cir because North Carolina and Texas Sentence scheme are almost indentical so Simmons apply to me in this Circuit.

11. **Appeals of immigration proceedings**
Does this case concern immigration proceedings?
☐ Yes   ☒ No

If "Yes," provide:
(a) Date you were taken into immigration custody: ____
(b) Date of the removal or reinstatement order: ____
(c) Did you file an appeal with the Board of Immigration Appeals?
☐ Yes   ☐ No

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

If "Yes," provide:
(1) Date of filing: _____
(2) Case number: _____
(3) Result: _____
(4) Date of result: _____
(5) Issues raised: _____

_____
_____
_____

(d) Did you appeal the decision to the United States Court of Appeals?
☐ Yes      ☐ No
If "Yes," provide:
(1) Name of court: _____
(2) Date of filing: _____
(3) Case number: _____
(4) Result: _____
(5) Date of result: _____
(6) Issues raised: _____

_____
_____
_____

12. **Other appeals**
Other than the appeals you listed above, have you filed any other petition, application, or motion about the issues raised in this petition?
☑ Yes      ☐ No
If "Yes," provide:
(a) Kind of petition, motion, or application: Writ of Habeas Corpus 28 USC 2241
(b) Name of the authority, agency, or court: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF GEORGIA ATLANTA DIVISION
(c) Date of filing: _____
(d) Docket number, case number, or opinion number: 1:17-cv-1642-MLB
(e) Result: DISMISSED for lack of Jurisdiction
(f) Date of result: May 22, 2018
(g) Issues raised: The Court sentence me over my statutory maximum under begay 11th cir

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

### Grounds for Your Challenge in This Petition

13. State every ground (reason) that supports your claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground. Any legal arguments must be submitted in a separate memorandum.

**GROUND ONE:** Under felony drug offense 21 USC 802 44. I can not be enhance under 21 USC 851 see United States V. Simmons 649 F.3d 237.

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:
The Court that sentence me used Tex Health & Safety Code Ann 481.112(a) 1996 deliver of a controlled substances to enhace me from 5 to 40 to 10 to life. But However under Tex Penal Code Ann 12.21 is a Class A misdemeanor. is punishment up to 1 year of confinement to a state jail. I was sentence to one year on two counts of controlled substances offense. See notice 851 and P.S.I

(b) Did you present Ground One in all appeals that were available to you?
☐ Yes   ☒ No

**GROUND TWO:** Actually innocent of the 851 enhancement based on Simmons

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:
I was sentence to one year in prisonment and i was giving 80 days jail credit. I did not serve the whole year in jail. See Tex penal code Ann 12.42(a) 12.44(b) 1996. Without this erroneously increased enhancement my mandatory minimum would be 5 year and my statutory maximum would be 40 year. giving me a level 31 as a career offender

(b) Did you present Ground Two in all appeals that were available to you?
☐ Yes   ☒ No

**GROUND THREE:** Under The First Step Act of 2018 I do not have a serious drug offense.

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:
I was sentence to one year state jail. Texas law caps Class A misdemeanor offenes at one year Tex. penal Code Ann 12.21 (Class A misdemeanors) A state jail felonies may be punished by 180 days to two year in prison Tex. penal Code Ann 12.35(a).

(b) Did you present Ground Three in all appeals that were available to you?
☐ Yes   ☒ No

Page 7 of 9

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

**GROUND FOUR:** Actual Innocence of the Career offender ~~4B1.1(a)~~ 4B1.1(a) and 4B1.2(B) Commentary. I do not have a Controlled offense as defined. ~~[struck through text]~~

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:
Under Tex Health & Safety Code Ann 481.112(a) 1996 Manufacture, delivery, or poss with intent deliver a Controlled substance delivery under Tex Health & safety Code Ann 481.002. is defined as offering to sell. offering to sell is not one of Controlled substance offense under 2009 U.S.S.G 4B1.2 (B) Commentary, see United States V. Gonzales 484 F.3d 712 and United State v. Ford 509 F.3d 714.

(b) Did you present Ground Four in all appeals that were available to you?
☑ Yes    ☐ No

14. If there are any grounds that you did not present in all appeals that were available to you, explain why you did not: My Lawyer file Anders Brief asserting there were no meritorious issues to appeal, & I file a Diret appeal on my own not Knowing what to do. If my lawyer would raise an issue i might have he Hinkle claim firstout 6th cir. I file every thing known to man to get the Court to see my lawyer fail me

**Request for Relief**

15. State exactly what you want the court to do: I ask this Court to appoint Attorney to help me out on my ea 2241 and that the court take a look at my case and to immediate release me or sentence me to my Statutory maximum of 40 years and give a level 31 ~~off~~ of the career offender, which would me Time served.

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Declaration Under Penalty Of Perjury

If you are incarcerated, on what date did you place this petition in the prison mail system: 2-13-23

I declare under penalty of perjury that I am the petitioner, I have read this petition or had it read to me, and the information in this petition is true and correct. I understand that a false statement of a material fact may serve as the basis for prosecution for perjury.

Date: 2-13-23

*Cory McNeal*
Signature of Petitioner

_____
Signature of Attorney or other authorized person, if any